RECEIVED
JUN 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
AUG 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES L. SOILEAU | CIVIL ACTION NO. 06-0643 |
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and alternatively, that petitioner's claims are **DENIED** and **DISMISSED** with prejudice because they are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _16_ day of _August_, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE