
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-6-06

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| JAMES SOILEAU | CIVIL ACTION NO. 6:06CV0643 |
| VERSUS | JUDGE DOHERTY |
| | MAG. JUDGE HILL |
| WARDEN, ALLEN CORRECTIONAL CENTER | |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this ___ day of Dec., 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE